IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JORAN VAN DER SLOOT | ) |

Granted
6/2/10

MAG 10 -117

GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW the United States of America through it's counsel of record, Alice H. Martin, United States Attorney for the Northern District of Alabama and Michael W. Whisonant, Assistant United States Attorney and moves this Honorable Court for leave to file the accompanying Complaint under seal until such time as the defendant is arrested.

Respectfully submitted this the 2nd day of June, 2010.

ALICE H. MARTIN
United States Attorney

*/s/ Michael W. Whisonant*

MICHAEL W. WHISONANT
Assistant United States Attorney

1