Case 2:10-mj-00117-PWG   Document 8   Filed 06/03/10   Page 1 of 1

AO91 (Rev. 5/93 ND/AL) Criminal Complaint

FILED
2010 Jun-03 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

## CRIMINAL COMPLAINT (Amended)

UNITED STATES OF AMERICA

v.                                          CASE NUMBER: MAG10-117

JORAN VAN DER SLOOT,
defendant

I, William K. Bryan, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count One

That on or about May 10, 2010, the defendant, Joran van der Sloot, did obstruct, delay, and affect commerce and the movement of any article or commodity in commerce, by extortion and attempts to do so, in that, the defendant did knowingly and wilfully cause another person to wire transfer a partial payment of money ($15,000) from a financial institution in Birmingham, Alabama, to a financial institution in the Netherlands, after representing to the other person that he would provide the location of Natalee Holloway's remains in Aruba and information regarding the circumstances of her death, upon receipt of $250,000 from the other person, in violation of Title 18, United States Code, Section 1951(a).

### Count Two

That on or about May 10, 2010, the defendant, Joran van der Sloot, having devised or intending to devise any scheme and artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, did knowingly and with intent to defraud did knowingly and wilfully cause to be transmitted by means of wire communication in interstate and foreign commerce, any writings, signs, signals, pictures, or sounds, that being, a wire transfer in the amount of $15,000, from Birmingham, Alabama, to the Netherlands for the purpose of executing and attempting to execute such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the facts set forth in the affidavit, which is attached hereto and incorporated herein by reference.

See Attachment "A"

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

Date  6/3/10                         at    Birmingham, Alabama
                                            City and State

PAUL W. GREENE
Chief United States Magistrate Judge            _____
Name and Title of Judicial Officer               PAUL W. GREENE